THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAIGE LYNN CURRY,                      :
                                        :
        Plaintiff,                      :
                                        :    3:18-CV-798
    v.                                  :    (JUDGE MARIANI)
                                        :
ANDREW SAUL,                           :
Commissioner of Social Security,        :
                                        :
        Defendant.                      :

## ORDER

AND NOW, THIS ____13th____ DAY OF SEPTEMBER, 2019, upon review of

Magistrate Judge Mehalchick's Report & Recommendation ("R&R") (Doc. 15) for clear error

or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 15) is **ADOPTED** for the reasons discussed therein.

2. Plaintiff's Appeal is **DENIED**.

3. The Commissioner of Social Security's decision is **AFFIRMED**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge